**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| TORPIN TOKPA, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>DISCOVER FINANCIAL SERVICES INC.,<br><br>　　　　　　Defendant. | Case No. 4:20-cv-00144-RP-SBJ<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Please take notice that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Torpin Tokpa herein dismisses the above captioned action with prejudice, with each party to bear its own costs and attorneys' fees, and waiving any right of appeal.

Dated: April 12, 2021

Respectfully submitted,

**LAREW LAW OFFICE**

By: 　*/s/ James Larew*

**James C. Larew**
504 E. Bloomington St.
Iowa Cit, IA 52245
Telephone: (319) 337-7079
Facsimile: (319) 337-7082
Email: james.larew@larewlawoffice.com

**BURSOR & FISHER, P.A.**
Alec M. Leslie
888 Seventh Avenue
New York, NY 10019
Telephone: (631) 837-7150
Facsimile: (212) 989-9163
Email: aleslie@bursor.com

*Attorneys for Plaintiff*